IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 29 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| DAVID MINOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4-17-CV-834-A |
| | § | |
| WESCO INSURANCE COMPANY | § | |
| | § | **JURY DEMANDED** |
| Defendant. | § | |

**Final Judgment**

~~ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE~~

Plaintiff and Defendant jointly move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

**SIGNED** this 29 day of October 2018.

_____
JUDGE PRESIDING